# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRA DANIELS,<br><br>          Plaintiff,<br><br>vs.<br><br>MODERN ADJUSTMENT BUREAU,<br><br>          Defendant. | CASE NO. 2:10-cv-02704-AHM (RCx)<br><br>**ORDER OF DISMISSAL**<br><br>Judge: A. Howard Matz |

Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear hers/its own costs and expenses.

IT IS SO ORDERED.

DATED: April 19, 2011

_____
UNITED STATES DISTRICT JUDGE

**JS-6**